# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:21-CV-627-MOC-DCK

| | | |
|---|---|---|
| **MIRANDA MALIK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AMAZON.COM SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Be Excused From Or Continue The December 9, 2022 Mediation Report Deadline And Motion To Extend the Dispositive And Discovery Deadlines" (Document No. 27) filed December 8, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will grant the motion in part and deny the motion in part.

In short, the Court will not excuse the parties from the mediation requirement, but will allow an extension of the remaining case deadlines. The undersigned expects the parties and counsel to work together to promptly complete discovery and mediation.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Be Excused From Or Continue The December 9, 2022 Mediation Report Deadline And Motion To Extend the Dispositive And Discovery Deadlines" (Document No. 27) is **GRANTED with modification**. The case deadlines are extended as follows: discovery completion – **January 6, 2023**; mediation report – **January 13, 2023**; dispositive motions – **January 27, 2023**; trial – **April 17, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice identifying their chosen mediator on or before **December 20, 2022**.

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. mail, return receipt requested.

**SO ORDERED**.

Signed: December 9, 2022

David C. Keesler
United States Magistrate Judge

2