IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-627-MOC-DCK

| MIRANDA MALIK, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMAZON.COM SERVICES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's Motion to Waive Mediation Fees (Document No. 34) filed January 23, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, Plaintiff seeks to have her "mediation fees waived" as she indicates that she does "not have the means to pay for mediation due to being unemployed." (Document No. 34, p. 1). The parties indicated in their "…Joint Notice Of Mediation Date" (Document No. 32) that their mediation will occur on February 7, 2023 via Zoom with Ms. M. Ann Anderson.

Under the circumstances, the undersigned will respectfully decline to issue an Order waiving the mediator's fees in this matter. The undersigned has no knowledge of the parties' arrangement with their mediator and expresses no opinion as to the appropriate mediator's fees with these parties. The undersigned finds that the issue of Ms. Anderson's fees is a matter best determined by Ms. Anderson and the parties.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Waive Mediation Fees (Document No. 34) is **DENIED**.

**SO ORDERED**.

Signed: January 25, 2023

David C. Keesler
United States Magistrate Judge